UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN LEROUX,<br>        Plaintiff,<br>    v.<br>NANCY A. BERRYHILL,<br>        Defendant. | Case No. 17-cv-00452-SI<br><br>**JUDGMENT** |

This action has been reversed and remanded to the Commissioner of Social Security for further proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: March 12, 2018

_____
SUSAN ILLSTON
United States District Judge